CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

USA v.s. Skrobot et. al.

08 CR 107

FOR: Northern district of IL
AT: Eastern division Chicago

FILED 2-14-08
FEB 14 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Charlene Batalla

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
08 CR 107-4

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box ➤)    ☑ Felony    ☐ Misdemeanor
18 USC 1343 and 2

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed?  ☑ Yes   ☐ No   ☐ Am Self-Employed
Name and address of employer: Innotrac 605 Park way Bollingbrook IL
IF YES, how much do you earn per month? $ 1360.00
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes   ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No
RECEIVED                   SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☑ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☑ Yes   ☐ No
VALUE         DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT   $ 5,000   2003 Chrysler Concord

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE   ☐ MARRIED   ☐ WIDOWED   ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: Sons age 7 and 8

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $ 650 |
| Car payment | | $ | $ 201 |
| Cell Phone | | $ | $ 80 |
| cloth groceries school supply | | $ | $ 450 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 14 Feb 08

SIGNATURE OF DEFENDANT ➤ *Charline Batalla*
(OR PERSON REPRESENTED)