IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 107-4 |
| V. ) | |
| ) | Judge: Honorable Elaine E. Bucklo |
| ) | |
| Charlene Batalla ) | |
| ) | |
| ) | |

**UNOPPOSED MOTION FOR PERMISSION TO LEAVE THE JURISDICTION**

NOW COMES the Defendant, Charlene Batalla, through her lawyer, Gal Pissetzky, and respectfully requests that this Honorable Court allow Ms. Batalla to leave the jurisdiction. In support of her motion, Ms. Batalla states the following:

1. This Honorable Court set a status hearing in this matter for May 9, 2008 and excused her presence.
2. Ms. Batalla is out on bond and has complied with all conditions of bond.
3. Ms. Batalla's father is currently being held in the Dodge County Detention Facility located at 216 W. Center Street , Juneau, WI, while awaiting deportation to Mexico.
4. Ms. Batalla's family plans to visit him on Saturday, May 10th, 2008. She will return to the Northern District of Illinois that same day.
5. Ms. Batalla feels that if she misses this opportunity to see her father, she does not know when the next time she will be able to see him.
6. Ms. Batalla will be available by phone at all times, except while visiting her father in the detention facility.
7. The government and the probation office do not object to this request.

WHEREFORE, the Petitioner, Ms. Charlene Batalla, respectfully requests that this Honorable Court grant her permission to leave the jurisdiction.

Respectfully submitted,

/s/ Gal Pissetzky
Gal Pissetzky
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**UNOPPOSED MOTION FOR PERMISSION TO LEAVE THE JURISDICTION**

was served on May 8, 2008, pursuant to the district court's ECF filers to the following:

> Lisa M Noller
> Megan C Church
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL 60604

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky
53 W. Jackson Blvd., Suite 1403
Chicago, IL 60604
(312)566-9900