# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 4 | **DATE** | May 9, 2008 |
| **CASE TITLE** | USA   vs.   CHARLENE BATALLA | | |

**DOCKET ENTRY TEXT:**

:Unopposed motion to leave the jurisdiction as set forth in the motion [144] is granted as to Charlene Batalla (4).

| | Courtroom Deputy Initials: | JS |
|---|---|---|