## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 7 | **DATE** | 8/15/2008 |
| **CASE TITLE** | USA vs. Batalla | | |

**DOCKET ENTRY TEXT**

Change of plea held. Defendant withdrew her plea of not guilty to count two of the indictment and entered a plea of guilty to that count. Defendant was informed of her rights. Judgment of guilty entered on count two. Any remaining count to be dismissed on government's motion at the time of sentencing. The preparation of PSI report is deferred. Trial as to this defendant is vacated. Status hearing set for 4/10/09 at 9:30 a.m. Plea Agreement filed.

Docketing to mail notices.

00:30



| | Courtroom Deputy Initials: | MPJ |
|---|---|---|